FILED
2007 Apr-09 AM 10:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JOHN LLOYD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CASE NO.:** |
| v. ) | |
| ) | **CV-07-RRA-0080-S** |
| **BIRMINGHAM NURSING AND** ) | |
| **REHABILITATION CENTER,** ) | |
| **LLC.,** ) | |
| ) | |
| **Defendant.** ) | |

## Memorandum Opinion

This case comes before the court on the Motion to Remand filed by the plaintiff. (Doc. 6). On March 19, 2007, the magistrate recommended that the motion be denied. No objections to that recommendation have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. An appropriate order will be entered.

**DONE** this the 9th day of April, 2007.

**VIRGINIA EMERSON HOPKINS**
United States District Judge